IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DEBRA LEWIS,          *

         Plaintiff,       *

v.          Case No. 5:23-cv-00413-MTT-CHW

         *

COMMISSIONER OF SOCIAL SECURITY,

         *

         Defendant.

         *

## **J U D G M E N T**

Pursuant to the Order of this Court filed June 11, 2025, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $5,036.33 .

This 11th day of June, 2025.

         David W. Bunt, Clerk

         s/ Raven K. Alston, Deputy Clerk